UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JUSTIN BAKER                                                                                  PETITIONER

V.                            NO. 1:16CV00161-JM-JTR

CHRIS BROWN, Sheriff,
Cleburne County, Arkansas;
ARKANSAS ATTORNEY GENERAL                                            RESPONDENTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT:

1. The 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus and Amended Petition, *Docs. 3 & 7*, are DISMISSED, WITH PREJUDICE; and

2. A Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED this 4th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE